**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOGAN GRAPHIC PRODUCTS, INC., | |
| Plaintiff, | Case No. 16-cv-10301 |
| v. | Judge Matthew F. Kennelly |
| TCP GLOBAL CORP. and DEAN A. FAUCETT, | Magistrate Judge Susan E. Cox |
| Defendants. | |

**Motion for Entry of Consent Judgment and Permanent Injunction**

Plaintiff, Logan Graphic Products, Inc., hereby moves for entry of the attached Consent Judgment and Permanent Injunction, which will dispose of all claims asserted in this action. All parties have signed the attached document and stipulated to its entry.

Dated: September 21, 2017

Respectfully submitted,

/s/Jeffrey A. Wakolbinger
Kristin J. Achterhof (6206476)
Jeffrey A. Wakolbinger (6297872)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Fax: (312) 902-1061
kristin.achterhof@kattenlaw.com
jeff.wakolbinger@kattenlaw.com

*Attorneys for Logan Graphic Products, Inc.*